DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DELGADO, ABEL G and
DELGADO, ALISA N

Case No. 05-07285-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $5.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| DELGADO, ABEL G and DELGADO, ALISA N | PO BOX 793 EPHRATA, WA 98823 | $5.00 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875837    3-11-11                            $5.00

05-07285-FLK13    Doc 55    Filed 03/11/11    Entered 03/11/11 10:57:41    Pg 1 of 1